Fill in this information to identify the case:

Debtor 1      Jeffrey R. Cook

Debtor 2      Deborah L. Cook

United States Bankruptcy Court for the   Northern District of Illinois

Case number   13-18109

Form 4100R
## Response to Notice of Final Cure Payment

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

Name of Creditor:   Provident Funding Associates L.P.

Court claim no. (if known):   N/A

Last 4 digits of any number you use to identify the debtor's account:   XXXXXX1197

Property address:   0N375 Ellis Avenue
Number       Street

Wheaton       IL      60187
City          State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   05/01/2018

☐ Creditor states that the debtor(s) are not current on all post petition payments consistent with 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                           (a) $ _____
b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.     (c) $

Creditor asserts that the debtor(s) are contractually
obligated for the post petition payment(s) that first became
due on:

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  */s/ Brenda Likavec*                                                Date  May 1, 2018
    Signature

Print  **Brenda          Likavec**                                     Title  Attorney for Creditor
       First Name   Middle Name   Last Name

Company  **Potestivo & Associates, P.C.**

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   223 W Jackson Blvd., Suite 610
          Number          Street

          Chicago         IL       60606
          City            State    ZIP Code

Contact phone  312-263-0003           Email  blikavec@potestivolaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Jeffrey R. Cook | Case No. 13-18109 |
| Deborah L. Cook | Chapter 13 |
| | Judge Janet S. Baer |

Debtors,  _____/

## AFFIDAVIT OF SERVICE

I, Jennifer DeJaeghere, state that on the 1st day of May 2018, I served a copy of the Response to Notice of Final Cure and Proof of Service of same upon:

Jeffrey R. Cook &
Deborah L. Cook
0N375 Ellis Avenue
Wheaton, IL 60187

Bradley S. Covey
Law Offices of Bradley S. Covey, P.C.
428 S Batavia Ave
Batavia, IL 60510

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St Room 873
Chicago, IL 60604

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtorsand via CM-ECF electronic filing to Debtors' Attorney, the Trustee, and the U.S. Trustee.

*/s/ Jennifer DeJaeghere*
Jennifer DeJaeghere